**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 535 MAL 2019

                  Respondent       :

                            :   Petition for Allowance of Appeal

                          :   from the Order of the Superior Court

            v.               :

                            :

EARL CALVIN HANDFIELD II,       :

                          :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.